UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MILAGROS FRANCO,

                      Plaintiff,                    10 Civ-725 (JMA)

      -against-                    **VOLUNTARY DISMISSAL WITH PREJUDICE**

GREENLIGHT BOOKSTORE, LLC
and FULTON STREET ASSOCIATES LP,

                      Defendants.
----------------------------------------------------------------X

      WHEREAS, no Answer or other appearance has been filed by any defendant and,

      WHEREAS the plaintiff and defendants entered into a settlement agreement disposing of all issues raised by the plaintiff in this action,

      WHEREFORE, plaintiff hereby agrees to voluntarily dismiss this action with prejudice as to all defendants, pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P. and requests that the Clerk enter this Stipulation pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. without an order of the Court. Each party shall bear his or its own attorney's fees and costs except as agreed between the parties in their Release and Agreement.

Dated: August 17, 2010

/s/
_____
Martin J. Coleman, Esq.
Law Office of Martin J. Coleman, P.C.
Attorney for Plaintiff
100 Crossways Park Drive West, Suite 412
Woodbury, NY  11797
(516) 802-5960